**ATLAS | SOLOMON LLP**
NATALIE L. WINSLOW
Nevada Bar No. 12125
ATLAS | SOLOMON LLP
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89128
Telephone No.: (725) 315-9572
Email: nwinslow@atlas-solomon.com
*Attorneys for Change Lending, LLC dba Change Home Mortgage*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,<br><br>    Plaintiff,<br><br>    -vs-<br><br>VILLAGE CAPITAL & INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendant(s). | CASE NO.: 2:25-cv-01600-GMN-EJY<br><br>**MOTION TO LIFT STAY OF DISCOVERY AND ALL CASE DEADLINES** |
| VILLAGE CAPITAL & INVESTMENT LLC,<br><br>    Counterclaimant,<br><br>    -vs-<br><br>CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,<br><br>    Counterdefendant. | |

Change Lending, LLC dba Change Home Mortgage ("Change") files this motion to lift the stay of discovery and all case deadlines pending the outcome of ongoing settlement negotiations. While the parties remain in settlement negotiations, Change believes the best course of action at this juncture is to allow the case to proceed while those negotiations take place. Accordingly, Change requests that the Court enter an order lifting the stay,

allowing for an additional 45 days of discovery from the date of the Court's order, with dispositive motions due 30 days following the close of discovery.

DATED this 10th day of April, 2026.

ATLAS | SOLOMON LLP

*/s/ Natalie L. Winslow*
NATALIE L. WINSLOW
Nevada Bar No. 12125
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89128
nwinslow@atlas-solomon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2026, a true and correct copy of the foregoing Motion to Lift Stay was electronically filed and served through the Court's filing system using the CM/ECF service.

*/s/ Natalie L. Winslow*
An Employee of Atlas Solomon LLP

2