UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHANGE LENDING, LLC d/b/a CHANGE HOME MORTGAGE,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE CAPITAL & INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01600-GMN-EJY<br><br>**ORDER** |
| VILLAGE CAPITAL & INVESTMENT LLC,<br><br>Counter-claimant,<br><br>v.<br><br>CHANGE LENDING, LLC d/b/a CHANGE HOME MORTGAGE,<br><br>Counter-defendant. | |

Pending before the Court is the Countermotion for Court Ordered Settlement Conference. ECF No. 22. While the Court has the authority to order parties to participate in a settlement conference at any time (LR 16-5), the Court finds exercising this authority at this time, in this case, is unwarranted. Change Lending, LLC makes clear that it believes there "are critical gaps in the factual record that … [must] be filled" before settlement discussions will prove useful. ECF No. 25 at 4.

Accordingly, IT IS HEREBY ORDERED that the Countermotion for Court Ordered Settlement Conference (ECF No. 22) is DENIED without prejudice.

IT IS FURTHER ORDERED that the hearing set for May 18, 2026 at 10:00 a.m., remains on calendar for purposes of resolving the Amended Motion to Lift Stay of Discovery (ECF No. 19).

Dated this 11th day of May, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1