**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CHANGE LENDING, LLC dba CHANGE HOME MORTGAGE,

        Plaintiff(s),

vs.

VILLAGE CAPITAL & INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:25-cv-01600-GMN-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Elizabeth Sperling_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

Glaser Weil Fink Howard Jordan & Shapiro LLP
        (firm name)

with offices at     600 West Broadway, Suite 2850    ,
        (street address)

_____San Diego_____, _____California_____, _____92101_____,
    (city)        (state)        (zip code)

_____310-556-7860_____, _____esperling@glaserweil.com_____.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Village Capital & Investment LLC to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____June 1, 2004_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                                                        (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, First Circuit | November 5, 2018 | |
| U.S. Court of Appeals, Ninth Circuit | June 23, 2004 | |
| U.S. Court of Appeals, Ninth Circuit BAP | June 23, 20024 | |
| California Central District Court | June 3, 2004 | |
| California Eastern District Court | June 28, 2004 | |
| California Northern District Court | June 30, 2004 | |
| California Southern District Court | June 21, 2004 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

2                                                                    Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

State Bar of California and State Bar of Arizona

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                  )
COUNTY OF _____San Diego_____ )

_____Elizabeth Sperling_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

*See* **Notarization Next Page**

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Karyna M. Armstrong_____,
                                                                                            (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2300 West Sahara Avenue, Suite 1200_____,
                                    (street address)

_____Las Vegas_____, _____Nevada_____, ___89102___,
        (city)                    (state)              (zip code)

_____702-873-4100_____, ___karmstrong@mcdonaldcarano.com___.
(area code + telephone number)        (Email address)

4

Rev. 5/16

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____San Diego_____ )

On ___4/29/2026___ before me, ___Harold McIntyre, notary public___
(insert name and title of the officer)

personally appeared ___Elizabeth Anne Sperling___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

HAROLD MCINTYRE
Notary Public - California
San Diego County
Commission # 2533611
My Comm. Expires Sep 27, 2029

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Karyna M. Armstrong _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nathan Timpson, Vice President/CFO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

16044                              karmstrong@mcdonaldcarano.com
Bar number                         Email address

APPROVED:

Dated: this __14__ day of ____May____, 20_26_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

.SSUE ᴅᴀ.E: 12/30/2025

L.CE..SEE NAME: Elizabeth Annᴇ Spᴇrling

L.CENSEE BAR NUMBER: 231474

L.CENSEE STATUS: Active

ADMIT DATE: 6/1/2004

To Whom it May Concern:

This ᴄertificatᴇ ᴏf standing certifies the recᴏrd ᴀbᴏvᴇ is ᴀ truᴇ ᴀnd corrᴇct copy of Elizabᴇth Anne Sperling's currᴇnt stᴀnding with thᴇ State Bᴀr ᴏf Californiᴀ ᴀs ᴏf the issuᴇ datᴇ. No recᴏmmᴇndᴀtion fᴏr discipline for professional or other misconduct hᴀs ᴇver bᴇen made by thᴇ Board of Trustᴇᴇs or a Disciplinᴀry Board to the Suprᴇme Cᴏurt of the Statᴇ of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California
(See Sections 6006 and 6125, et seq., Business and Professions Code.)

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ELIZABETH A SPERLING,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 22, 2002, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  12-30-2025

*Kristina Tuba*

Kristina Tuba
Associate Disciplinary Clerk

COGS35415F1AF97B