Janine C. Prupas, Esq.
Bar No. 9156
SNELL & WILMER L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
775.785.5440
Facsimile: 775.785.5441
jprupas@swlaw.com

Erin M. Gettel, Esq.
Bar No. 13877
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200
Facsimile: 702.784.5252
egettel@swlaw.com

Elizabeth Sperling, Esq. (Admitted *Pro Hac Vice*)
Glaser Weil Fink Howard Jordan & Shapiro LLP
600 West Broadway, Suite 2850
San Diego, California 92101
310.556.7860
esperling@glaserweil.com

*Attorneys for Defendant/Counterclaimant Village Capital & Investment LLC*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,

Plaintiff,

v.

VILLAGE CAPITAL & INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendant(s.)

Case No. 2:25-cv-01600-GMN-EJY

**STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL FOR VILLAGE CAPITAL & INVESTMENT LLC**

| | |
|---|---|
| VILLAGE CAPITAL & INVESTMENT LLC,<br><br>Counterclaimant<br>v.<br><br>CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,<br><br>Counterdefendant. | |

Pursuant to LR IA 11-6, Defendant/Counterclaimant Village Capital & Investment LLC ("Village Capital"), the law firm of Snell & Wilmer L.L.P., and the law firm of McDonald Carano LLP stipulate and agree that Snell & Wilmer L.L.P. will be substituted in place of McDonald Carano LLP as counsel for Village Capital as reflected below. Elizabeth Sperling, Esq., of Glaser Weil Fink Howard Jordan & Shapiro LLP shall remain as counsel for Village Capital together with Snell & Wilmer L.L.P.

1. Former Legal Representative:

Karyna M. Armstrong, Esq.
Kiley A. Harrison, Esq.
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
702.873.4100

2. New Legal Representative:

Janine C. Prupas, Esq.
Snell & Wilmer L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
702.785.5441

Erin M. Gettel, Esq.
Snell & Wilmer L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200

//

//

//

//

//





SNELL & WILMER

3. I consent to this substitution.

Dated: August 3, 2026

Karyna Armstrong

Karyna M. Armstrong, Esq.
Kiley A. Harrison Esq.
McDonald Carano LLP

4. I consent to this substitution.

Dated: July 31, 2026

Janine C. Prupas, Esq.
Erin M. Gettel, Esq.
Snell & Wilmer L.L.P.

5. I consent to this substitution on behalf of Defendant/Counterclaimant Village Capital & Investment LLC.

Dated: July 31, 2026

Nathan Timpson

Village Capital & Investment LLC
By: Nathan Timpson
Its: Vice President/CFO

SNELL & WILMER

Dated: August 3, 2026

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: */s/*

Janine C. Prupas, Esq.
Nevada Bar No. 9156
5520 Kietzke Lane, Ste. 200
Reno, Nevada 89511

Erin M. Gettel
Nevada Bar No. 13877
1700 South Pavilion Center Drive, Ste. 700
Las Vegas, Nevada 89135

Elizabeth Sperling, Esq.
(Admitted *Pro Hac Vice*)
Glaser Weil Fink Howard Jordan & Shapiro LLP
600 West Broadway, Ste. 2850
San Diego, California 92101

*Attorneys for Defendant/Counterclaimant Village Capital & Investment LLC*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** August 6, 2026

UNITED STATES MAGISTRATE JUDGE





SNELL & WILMER