Janine C. Prupas
Bar No. 9156
SNELL & WILMER L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
775.785.5440
Facsimile: 775.785.5441
jprupas@swlaw.com

Erin M. Gettel
Bar No. 13877
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200
Facsimile: 702.784.5252
egettel@swlaw.com

Elizabeth Sperling, Esq..(Admitted *Pro Hac Vice*)
Glaser Weil Fink Howard Jordan & Shapiro LLP
600 West Broadway, Suite 2850
San Diego, California 92101
310.556.7860
esperling@glaserweil.com

*Attorneys for Defendant/Counterclaimant Village Capital & Investment LLC*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE CAPITAL & INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant(s.) | Case No. 2:25-cv-01600-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF**<br><br>**(FIRST REQUEST)** |

SNELL & WILMER

| |
|---|
| VILLAGE CAPITAL & INVESTMENT LLC,<br>Counterclaimant<br>v.<br>CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,<br>Counterdefendant. |

The Parties, by and through their respective Undersigned Counsel, stipulate and agree to extend the discovery-cut off and associated deadlines by 60 days because:

1. On November 5, 2025, this Court entered the Stipulated Discovery Plan and Scheduling Order, which set the discovery cut-off for March 24, 2026. ECF No. 12.
2. On February 23, 2026, the Court granted the Parties' stipulation and stayed discovery and all case deadlines for 45 days. ECF No. 16.
3. On May 18, 2026, the Court lifted the stay and permitted a 120-day period of discovery to expire on September 16, 2026. The Court further ordered dispositive motions to be filed by October 16, 2026, and a Joint Pretrial Order to be filed November 16, 2026, or 30 days after ruling on the final dispositive motion.
4. The Parties have been working diligently to complete discovery by the September 16, 2026, deadline. However, on the day the parties were set to meet and confer regarding key issues raised in discovery, counsel for Plaintiff/Counterdefendant had a death in her family. As a result, Plaintiff/Counterdefendant requires additional time to respond to outstanding discovery requests, and the Parties need additional time to conduct meet-and-confers and complete depositions.
5. The Parties have conferred and agree that a 60-day discovery continuance is appropriate to accommodate the above.
6. Accordingly, the Parties jointly request the following deadlines: Discovery due November 16, 2026; dispositive motions due December 16, 2026; Joint Pretrial Order due January 15, 2027 (or 30 days after ruling on the final dispositive motion).
7. This stipulation is entered in good faith, for good cause, and is not for purposes of delay.

SNELL & WILMER

8. While discovery was previously stayed in order to allow the parties to discuss settlement in earnest, this is the first request to continue the current discovery cut-off and associated deadlines.

Dated: August 7, 2026

SNELL & WILMER L.L.P.

By: */s/ Erin M. Gettel*
Janine C, Prupas
Erin M. Gettel

Elizabeth Sperling
(Admitted *Pro Hac Vice*)
Glaser Weil Fink Howard Jordan & Shapiro LLP
600 West Broadway, Suite 2850
San Diego, California 92101

*Attorneys for Defendant/Counterclaimant Village Capital & Investment LLC*

Dated: August 7, 2026

ATLAS | SOLOMON LLP

By: */s/ Natalie L. Winslow*
Natalie L. Winslow, Esq.
Nevada Bar No, 12125
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89128

*Attorney for Plaintiff/Counterdefendant Change Lending, LLC dba Change Home Mortgage*

**ORDER**

**IT IS SO ORDERED this 8th day of August, 2026.**



4904-0757-9842