**ATLAS | SOLOMON LLP**
NATALIE L. WINSLOW
Nevada Bar No. 12125
ATLAS | SOLOMON LLP
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89128
Telephone No.: (725) 315-9572
Email: nwinslow@atlas-solomon.com
*Attorneys for Change Lending, LLC dba Change Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,

Plaintiff,

-vs-

VILLAGE CAPITAL & INVESTMENT LLC; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendant(s).

---

VILLAGE CAPITAL & INVESTMENT LLC,

Counterclaimant,

-vs-

CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,

Counterdefendant.

CASE NO.: 2:25-cv-01600-GMN-EJY

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Change Lending LLC dba Change Home Mortgage ("Change") and Defendant Village Capital & Investment LLC ("Village"), by and through their respective undersigned counsel of

record, that Change's causes of action against Village shall be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own respective attorney's fees, expenses, and costs incurred in this action.

DATED this 9th day of September, 2026.

ATLAS | SOLOMON LLP

*/s/ Natalie L. Winslow*
Natalie L. Winslow
Nevada Bar No. 12125
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89129
*Attorney for Plaintiff/Counterdefendant Change Lending, LLC dba Change Home Mortgage*

SNELL & WILMER LLP

*/s/ Erin M. Gettel*
Janine C, Prupas
Erin M. Gettel
Elizabeth Sperling
(Admitted *Pro Hac Vice*)
Glaser Weil Fink Howard Jordan & Shapiro LLP
600 West Broadway, Suite 2850
San Diego, California 92101
*Attorneys for Defendant/Counterclaimant Village Capital & Investment LLC*

IT IS SO ORDERED:

DATED this 15 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT