Janine C. Prupas, Esq.
Bar No. 9156
SNELL & WILMER L.L.P.
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511
775.785.5440
jprupas@swlaw.com

Erin M. Gettel, Esq.
Bar No. 13877
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135-1865
702.784.5200
egettel@swlaw.com

Elizabeth A. Sperling, Esq. (Admitted *Pro Hac Vice*)
GLASER WEIL FINK HOWARD JORDAN
& SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, California 92101
619.765.4380
esperling@glaserweil.com

*Attorneys for Defendant/Counterclaimant*
*Village Capital & Investment LLC*

SNELL & WILMER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE CAPITAL & INVESTMNT LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATNS I-X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01600-GMN-EJY<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF COUNTERCLAIMS [ECF NO. 8] WITH PREJUDICE** |
| VILLAGE CAPITAL & INVESTMNT LLC,<br><br>Counterclaimant,<br><br>v.<br><br>CHANGE LENDING, LLC DBA CHANGE HOME MORTGAGE,<br><br>Counterdefendant. | |

The Parties, by and through their respective Undersigned Counsel, stipulate and agree that Village Capital & Investment LLC's Counterclaims [ECF No. 8] are voluntarily dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The Parties have resolved all claims, disputes, and differences in this Action, and the Parties have separately stipulated to dismiss Plaintiff's claims with prejudice. The Parties further stipulate and agree that each party is to bear its own fees and costs incurred in this Action.

Dated: September 10, 2026

ATLAS | SOLOMON LLP

By: /s/ *Natalie L. Winslow*
Natalie L. Winslow
Nevada Bar No. 12125
7674 W. Lake Mead Blvd., Suite 220
Las Vegas, Nevada 89129

*Attorneys for Plaintiff/Counterdefendant Change Lending, LLC dba Change Home Mortgage*

SNELL & WILMER L.L.P.

By: */s/ Erin M. Gettel*
Janine C. Prupas, Esq.
Nevada Bar No, 9156
5520 Kietzke Lane, Suite 200
Reno, Nevada 89511

Erin M. Gettel, Esq.
Nevada Bar No, 13877
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Elizabeth A. Sperling, Esq.
(Admitted *Pro Hac Vice*)
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 W. Broadway, Suite 2850
San Diego, California 92101

*Attorneys for Defendant/Counterclaimant Village Capital & Investment LLC*

SNELL & WILMER

**ORDER**

**IT IS HEREBY ORDERED** that Village Capital and Investment's Counterclaims are **DISMISSED with prejudice,** with each party to bear its own costs and attorney's fees.

Since Change Lending's Claims were previously dismissed, (Order, ECF No. 42), the Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 16 day of September, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT